UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY BERNARD PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0130-G (BH) |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion for summary judgment, filed June 14, 2012, is **GRANTED** in part, Defendant's

motion for summary judgment, filed July 16, 2012, is **DENIED** in part, and the case is **REMANDED** to the **Commissioner** for further proceedings.

March 29, 2013.

                                            _____
                                            A. JOE FISH
                                            **Senior United States District Judge**