UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY BERNARD PAUL, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> CAROLYN W. COLVIN, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:12-CV-0130-G (BH) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the Magistrate Judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act, filed April 19, 2013 (docket entry 15), is **GRANTED**. Plaintiff is hereby awarded $5,413.58 in

attorney's fees, based on 31.10 hours of attorney work at an hourly rate of $174.07.

Plaintiff is also to be paid $350 for reimbursable costs from the Judgment Fund.

 **SO ORDERED**.

October 18, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**
