UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY BERNARD PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0130-G (BH) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.  Accordingly, the plaintiff's petition for attorney fees pursuant to 42 U.S.C. § 406(b)(1), filed February 14, 2014 (docket entry 20), is **GRANTED**.  Counsel are hereby awarded $15,663.60 in

attorney's fees pursuant to 42 U.S.C. § 406(b).  Counsel are also **ORDERED** to "remit the EAJA fees of $5,413.58 directly to the Plaintiff," as they represented they would in their affidavit.  *See* Affirmation at 4 (docket entry 20-2).

April 30, 2014.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**